


```
BK 16695  PGS 473 - 473     09/16/2013 11:07:17 AM
INSTR # 2013046692          DEBRA ANDERSON
RECEIVED YORK SS            REGISTER OF DEEDS
```

**EXHIBIT E3**

This space for Recorder's use

Recording Requested By:  
**Bank of America**  
Prepared By:  
**Noor Sadruddin**

16001 N. Dallas Pkwy  
Addison, TX 75001

When recorded mail to:  
**CoreLogic**  
Mail Stop: ASGN  
1 CoreLogic Drive  
Westlake, TX 76262-9823

Property Address:  
**22 Farview Dr**  
**Sanford, ME 04073-4204**  
Property Location:  
**Township of SANFORD**

*(handwritten margin note: Shechtman Halperin 1080 Main St Pawtucket RI 02860  1 pg ← E ②)*

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **GREEN TREE SERVICING LLC** whose address is **7360 S. KYRENE ROAD, TEMPE, AZ 85283** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:  **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICAN HOME MORTGAGE**  
Borrower(s):  **STEVEN CLEGG, SARAH BETH CLEGG**  
Date of Mortgage:  **5/17/2007**  
Original Loan Amount:  **$158,900.00**

Recorded in York County, ME on: 5/21/2007, book 15162, page 0524 and instrument number 2007024376

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on **JUN 0 6 2013**

Bank of America, N.A.

By: *Eneyda Carreno*  
Eneyda Carreno  
**Assistant Vice President**

State of TX, County of **DALLAS**

On **JUN 0 6 2013**, before me, **Wilayat Ali Sajjani**, a Notary Public, personally appeared Eneyda Carreno, **Assistant Vice President** of Bank of America, N.A. personally known to me to be the person(s) whose name(s) is/are subscribed to the within document and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the document the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Notary Public: **Wilayat Ali Sajjani**  
My Commission Expires: **10-03-2016**



WILAYAT ALI SAJJANI  
My Commission Expires  
October 3, 2016