

EXHIBIT
E4

Prepared by and Return To:
**Wanda Freeman**
Ditech Financial LLC
**TMP TG**
7360 S. Kyrene Road
Mail Stop T330
Tempe, AZ 85283
(888)315-8733



BK 17298  PGS 27 - 30
INSTR # 2016033769
RECEIVED YORK SS

08/15/2016 09:40:16 AM
DEBRA ANDERSON
REGISTER OF DEEDS

## ASSIGNMENT OF MORTGAGE

Account #:
PIN #:



**FOR VALUE RECEIVED**, the undersigned holder of a Mortgage (herein "Assignor") whose address is **7360 S. Kyrene Rd., Tempe, AZ 85283**, does hereby grant, sell, assign, transfer and convey, unto **Federal National Mortgage Association (a/k/a "Fannie Mae")**, whose address is **P.O. Box 650043, Dallas, TX 75265-0043** its successor and assigns, all its right, title and interest in and to a certain Mortgage described below, and obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.

| | |
|---|---|
| **Executor:** | **Steven Clegg, Sarah Beth Clegg** |
| **Date Executed:** | **May 17, 2007** |
| **Amount:** | **$158,900.00** |
| **Recorded Date:** | **May 21, 2007** |
| **Book/Page/Document Number:** | **Book 15162 Page 0524 Doc# 2007024376** |
| **County:** | **York** |
| **State:** | **Maine** |

**TO HAVE AND TO HOLD** the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

**IN WITNESS WHEREOF**, the undersigned Assignor has executed this Assignment of Mortgage on ___AUG 0 4 2016___ .

Ditech Financial LLC
2100 E. Elliot Rd
Mail Stop: T-330
Tempe, AZ 85284

4p.→

E

**Ditech Financial LLC f/k/a Green Tree Servicing LLC, as Attorney-In-Fact for Federal National Mortgage Association**

Witness:     Tony G Samaniego

BY: _____

Name:     Edward Born

Title:     Assistant Vice President

Witness:     **Patricia Outcalt**

State of ARIZONA

County of MARICOPA

On **AUG 0 4 2016** _____, before me, the undersigned, personally appeared _____ Edward Born _____, Assistant Vice President for **Ditech Financial LLC f/k/a Green Tree Servicing LLC, as Attorney-In-Fact for Federal National Mortgage Association** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the City of **Tempe**, State of **Arizona**.

_____
Notary Public

Tami Wycoff
Notary Public
Maricopa County, Arizona
My Comm. Expires 03-04-18

Account Number

Assignment of Mortgage
Page | 2

# EXHIBIT "A"

A certain lot or parcel of land, together with the buildings thereon, situated in said Town of Sanford on the Westerly side of the highway leading from Sanford to Wells but not adjacent thereto, and being bounded and described as follows:

Beginning at a pipe driven in the ground on the Easterly sideline of a fifty (50) feet right-of-way, thence South twenty-seven (27) degrees thirty minutes (30') East by the Easterly sideline of said right-of-way one hundred (100) feet to a pipe driven in the ground; thence North sixty-two (62) degrees thirty minutes (30') East by land now or formerly of Sheldon W. Weyland one hundred two and thirty-seven hundredths (102.37) feet to a pipe driven in the ground; thence North seventeen (17) degrees thirty minutes (30') West by other land now or formerly of said Weyland one hundred and fifty-four hundredths (101.54) feet to a pipe driven in the ground; thence South sixty-two degrees (62) degrees thirty minutes (30') West by land of said Weyland one hundred twenty (120) feet to the point of beginning.

Account Number: ▮▮▮▮▮▮▮▮

Assignment of Mortgage
Page | 3

# EXHIBIT "A" (cont'd)

Together with a right-of-way fifty (50) feet in width in all places to and from said highway a distance of six hundred thirty (630) feet, more or less, as measured along the centerline of said right-of-way. The center line running North 27 degrees 30' West three hundred (300) feet to an angle, thence running North 51 degrees 53' East on a line parallel to and one hundred twenty-five (125) feet Southerly of the Weyland's Northerly property line as indicated by granite monuments set in the ground on said property line.

Subject to the following restrictions for the benefit of other land of Sheldon W. Weyland in this same tract and subdivision and for the benefit of the grantees, their heirs and assigns, and of the other subsequent owners of any of said land; Namely, that the grantees, their heirs and assigns, shall erect or permit to be erected on the granted premises only a single private dwelling house on said lot and a private garage appurtenant to the same, and no such dwelling shall be erected or permitted to be erected which shall cost less than six thousand dollars to build, and no business or commercial enterprise of any kind shall be conducted or permitted to be conducted on the above conveyed premises, and no animals or fowls other than household pets shall be kept or permitted to be kept on the above described premises.

For title reference see Book 12874, Page 239, York County Registry of Deeds.

Account Number ██████████