

DEBRA L. ANDERSON, REGISTER OF DEEDS
E-RECORDED  Bk 17821  PG 558
Instr # 2018043281
10/12/2018 11:57:10 AM
Pages 1    YORK CO

Record & Return to:
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032

## QUITCLAIM ASSIGNMENT

WHEREAS, American Home Mortgage is identified as the "Lender" on a certain mortgage executed by Steven Clegg and Sarah Beth Clegg, and bearing the date of the 5/17/2007 and recorded on 5/21/2007 in the Office of the Recorder of York County, State of Maine in Book 15162 at Page 524-541 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of American Home Mortgage and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, American Home Mortgage wishes to convey and assign any and all rights it may have under the Mortgage to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP; and

WHEREAS this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, American Home Mortgage hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any) in the Mortgage to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP.

In Witness Whereof, the Assignor has duly executed this instrument this 5th day of October, 2018.

American Home Mortgage

By: _____
Name: Steven D. Sass
Its Plan Trustee
(Title)

STATE OF New York
COUNTY OF Queens    ss:

In Queens, NY, on the 5 day of October, 2018, before me personally appeared Steven D. Sass, the Plan Trustee of American Home Mortgage to me known and known by me to be the party executing the foregoing instrument, and he/she acknowledged said instrument by him/her executed to be his/her free act and deed, and the free act and deed of American Home Mortgage.

Carlo Colagiacomo, Jr.
Notary Public, State of New York
No. 02CO6113371
Qualified in Queens County
Commission Expires July 26, 2020

Notary Public
Printed Name: _____
My Commission Expires: _____